**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 13
                                                   :
Henya Ehrlich,                                     :   Case No. 24-22508 (CGM)
                                                   :
                Debtor.                              :
                                                   :
------------------------------------------------------------x

### ORDER DENYING REQUEST FOR ORDER TO SHOW CAUSE

      On June 5, 2024, Debtor filed a voluntary Chapter 13 Petition. Vol. Pet., ECF No. 1. Debtor had two prior filings that were pending within the preceding one year of filing this petition. On June 25, 2024, Debtor filed a Motion to Stay and void sale of her residence. On June 30, 2024, Debtor filed a Motion to Shorten Time to stop the auction of Debtor's residence. ECF Nos. 13, 14. In the Motion to Shorten Time, Debtor submitted a proposed Order to Show Cause, directing Fifth Third Bank, or its counsel, to show cause before the Court as to why the sale of Debtor's property should be stayed pending further determination of this matter.

      **BASED ON THE FOREGOING, IT IS NOW HEREBY**

      **ORDERED,** that the request for the Order to Show Cause is **DENIED**.



**Dated: July 8, 2024**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**