UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 24-22508-cgm |
| Henya Ehrlich, | Chapter 13 |
| Debtor. | Hon. Cecelia G. Morris |

--------------------------------------------------------x

## ORDER DENYING MOTION TO STAY AND VOID SALE

This matter comes before the Court on the "Motion to Stay and void sale" filed on behalf of Debtor Henya Ehrlich on June 25, 2024 at DE #13, the Response thereto filed by Fifth Third Bank, National Association on July 1, 2024 at DE #16, and the Supplemental Response filed by Fifth Third on July 3, 2024 at DE #18. The matter was heard by the Court at a continued hearing on July 31, 2024.

At that hearing, and based on the record before the Court, it was determined that when this instant Chapter 13 Bankruptcy case was filed on June 5, 2024, the Debtor had two prior Chapter 13 Bankruptcy cases pending and dismissed within one (1) year of the filing of this case. Those prior cases are 23-22311 filed April 27, 2023 and dismissed June 30, 2023, and 23-22649 filed September 5, 2023 and dismissed March 20, 2024.

Under 11 U.S.C. Section 362(c)(4)(A)(i) the automatic stay was not imposed as to any act against real property upon the filing of this Bankruptcy case. The Debtor has not provided clear and convincing evidence as to any change in circumstances to overcome the presumption of bad faith under 11 U.S.C. Section 362(c)(4)(D) to warrant the imposition of any stay by this Court.

WHEREFORE, for good cause and for the reasons stated on the record, the Debtor's Motion to Stay and void sale (DE# 13) **IS HEREBY DENIED.**



**Dated: August 5, 2024**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**